IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**ELISE ANNETTE DAVIS**                                                                                    **PLAINTIFF**

**v.**                                          **4:21-CV-00079-BRW**

**SOCIAL SECURITY ADMINISTRATION,** *ET AL.*                                **DEFENDANTS**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff is asking for $80,000 because she disagrees with how the Social Security Administration handled her case. Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 8th day of February, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

1